JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| BIANKA REYES,<br><br>        Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORPORATION, and DOES 1 to 10, inclusive,<br><br>        Defendants. | **Case No. 5:24-cv-00340 SSS (SPx)**<br><br>**ORDER ON JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>*[Assigned to District Judge Sunshine Suzanne Sykes and Magistrate Judge Sheri Pym]*<br><br>Complaint Filed:   7/14/2023 |

The Court, having considered the Joint Stipulation of Parties to Remand Case to State Court, HEREBY ORDERS AS FOLLOWS:

1. That this case is remanded to the Superior Court of California, County of Riverside; and

2. That Plaintiff shall make no attempt to add or include any Starbucks Corporation employees or other persons as individual Defendants, or in the place of any Doe Defendants, in this case.

**IT IS SO ORDERED.**

Dated: September 24, 2024          By: _____
                                        Hon. Sunshine S. Sykes
                                        United States District Court

Respectfully Submitted By:
Lindy F. Bradley, Esq., State Bar No. 207533
  lbradley@bgwlawyers.com
Mark I. Melo, Esq., State Bar No. 192946
  mmelo@bgwlawyers.com
BRADLEY, GMELICH & WELLERSTEIN LLP
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1202
Telephone:  (818) 243-5200
Facsimile:   (818) 243-5266

Attorneys for Defendant, STARBUCKS CORPORATION